Respondents. In the Matter of FRANCIS KOENIG, Petitioner, v. JOSEPH EPSTEIN et al., Constituting the Board of Elections of the County of Ulster, et al., Respondents.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur. In the Matter of JOAN PARKER, Petitioner.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

CATHERINE TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent. STANLEY TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent.— Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

# (September 14, 1961)

(A) In the Matter of the Claim of WILLIAM S. GEORGE et al., Respondents-Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent; GENERAL MOTORS CORPORATION, Appellant-Respondent. GENERAL MOTORS CORPORATION et al., Appellants, v. INDUSTRIAL COMMISSIONER et al., Respondents. (B) C. CARUSO & SON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33759.) (C) In the Matter of the Claim of HARRY I. BRAWER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) TOMLINSON BROS. LIMITED, Respondent, v. STATE OF NEW YORK et al., Appellants. (E) HARRY A. REOUX, Appellant, v. FIRST NATIONAL BANK OF GLENS FALLS, as Executor of ADELIA H. REOUX, Deceased, et al., Respondents, et al., Defendant. (F) ANNA S. FAUSSETT, Appellant, v. LENA GUISEWHITE, Respondent. (G) HUMBLE OIL & REFINING COMPANY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35662.) (H) In the Matter of the Claim of FLORENCE SHULMAN, Appellant, v. NEW YORK BOARD OF FIRE UNDERWRITERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of CALVERT S. RIGBY et al., Petitioners, v. LESLIE J. CRATE et al., Constituting the Zoning Board of Appeals of the Town of Sullivan, Respondents. (J) In the Matter of the Claim of RUTH SHELTON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of ELMER S. GALLOWAY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of FERNANDO T. CONTRERAS. Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of RICHARD MULRY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of ELEANOR M. BERGSTROM, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of CHRISTINE SAMUELS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (P) In the Matter of the Claim of MIRIAN HYMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner,

Respondent. (Q) In the Matter of the Claim of Rina Lentz, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (R) In the Matter of the Claim of Rosebelle Sonnenberg, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (S) In the Matter of the Claim of Peter Russo, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (T) In the Matter of the Claim of Angela McCann, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (U) In the Matter of the Claim of Ada A. Milson, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of Helen A. Park, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. (W) Chester Hull, Appellant, v. Jessie M. Eades, as Executor of Harley Eades, Deceased, Respondent. (X) In the Matter of the Claim of Charles McCoy, Respondent, v. George H. Flinn Corp. et al., Appellants. Workmen's Compensation Board, Respondent. (Y) In the Matter of the Claim of Margaret O'Brien, Respondent, v. Oneida City Hospital et al., Appellants. Workmen's Compensation Board, Respondent. (Z) Helen Aloi, Respondent, v. Edward Walsh, Appellant. (AA) Edward Walsh, Appellant, v. Mabel Emanuel, Respondent. (BB) In the Matter of Leslie O. Behr et al., Respondents, v. Board of Assessors of the City of Amsterdam, Appellants. (CC) Cobleskill Savings and Loan Association, Appellant, v. Kenneth L. Rickard et al., Respondents. (DD) Vito Marraro, Appellant, v. State of New York, Respondent. (Claim No. 33758.) (EE) Albany Discount Corporation, Respondent, v. Felix St. Dennis et al., Appellants. (FF) Robert A. Payne, as Treasurer of New York State Employees, Council No. 50, American Federation of State, County and Municipal Employees, AFL-CIO, Plaintiff, v. Civil Service Employees Association, Inc., Defendant.—

Present —
Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (September 21, 1961)

In decisions Nos. 1–41 the court is as follows: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■ James Fiorillo, by Frank Fiorillo, His Guardian ad Litem, et al., Plaintiffs, v. Gino Zampa et al., Defendants.— Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue on or before December 1, 1961 and be ready for argument at the January 1962 Term of this court, in which event the motion is denied.

■ In the Matter of the Arbitration between Borden Company, Appellant, and Milk, Ice Cream Drivers and Dairy Employees Local No. 787 et al., Respondents.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before October 13, 1961 and be ready for argument at the term to commence November 13, 1961, in which event the motion is denied.

■ In the Matter of Abe Furman, Appellant, v. City of New York et al., Respondents.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before December 1, 1961 and be ready for argument at the January 1962 Term of this court, in which event the motion is denied.